Jason J. Romero, Esq., Bar No. 023429
**OSBORN MALEDON, P.A.**
2929 North Central Avenue
21st Floor
Phoenix, Arizona 85012-2793
(602) 640-9000
E-mail: jromero@omlaw.com

Attorneys for LOL Finance Co.

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **In Re:** <br><br> **MARVIN ROBERTS and SANDRA ROBERTS,** <br><br> **Debtors.** | ) **Chapter 7 Proceedings** <br> ) <br> ) **Case No.: 2:12-bk-11133-SSC** <br> ) <br> ) <br> ) <br> ) **NOTICE OF APPEARANCE** <br> ) <br> ) <br> ) <br> ) |

The law firm of Osborn Maledon, P.A., by Jason J. Romero, hereby gives notice of appearance on behalf of LOL Finance Co. in the above-captioned proceeding. Counsel requests that notices of all proceedings and copies of all pleadings in the above-entitled Chapter 7 proceedings be served upon counsel as follows:

> Jason J. Romero
> Osborn Maledon PA
> 2929 N Central Ave, 21st Floor
> Phoenix AZ 85012
> E-mail: jromero@omlaw.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes, not only the notices and documents referred to in the statute and rule specified above, but also includes, without limitation, order and notice of any application, motion, petition, pleading, request, complaint or other demand, hearing, answering or reply papers, memoranda and briefs in support of any of the foregoing any and other document brought before this Court with respect to these cases and any proceedings therein, formal or informal, whether written

1

or oral and whether transmitted or conveyed by mail, hand-delivery, electronic mail, telephone, facsimile or otherwise.

DATED this 26th day of July, 2012

OSBORN MALEDON, P.A.

By /s/Jason J. Romero
Jason J. Romero, Esq.
2929 N Central Ave 21st Floor
Phoenix, Arizona 85012-2793
Attorneys for LOL Finance Co.

**COPY** of the foregoing emailed and/or mailed on this 26th day of July, 2012, to:

Marvin Roberts and Sandra Roberts
2469 South Peacock Place
Chandler, AZ 85286

LaShawn D. Jenkins, Esq.
Jenkins Law Firm
4020 North 20th Street, Suite 100
Phoenix, AZ 85016
info@thejenkinslawfirm.com
Attorneys for Debtors

Anthony H. Mason
P.O. Box 4427
Phoenix, AZ 85030
ecfmason@earthlink.net; ahm@trustesolutions.com; am@trustesolutions.net
Chapter 7 Trustee

Office of the United States Trustee
230 North 1st Avenue, #204
Phoenix, AZ 85003
USTPRegion14.PX.ECF@USDOJ.GOV

/s/ Peggy L. Nieto

2

4318247

Case 2:12-bk-11133-SSC    Doc 40    Filed 07/26/12    Entered 07/26/12 15:05:12    Desc
Main Document    Page 2 of 2