Jason J. Romero, Esq., Bar No. 023429
**OSBORN MALEDON, P.A.**
2929 North Central Avenue
21st Floor
Phoenix, Arizona 85012-2793
(602) 640-9000
E-mail:     jromero@omlaw.com

Attorneys for LOL Finance Co.

### IN THE UNITED STATES BANKRUPTCY COURT

### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **In Re:** | ) **Chapter 7 Proceedings** |
| | ) |
| **MARVIN ROBERTS and SANDRA ROBERTS,** | ) **Case No.: 2:12-bk-11133-SSC** |
| | ) |
| **Debtors.** | ) |
| | ) **NOTICE OF SUBSTITUTION OF** |
| | ) **COUNSEL** |
| | ) |
| | ) |
| | ) |

NOTICE IS HEREBY GIVEN that Jason J. Romero, Esq. and the law firm of Osborn Maledon, P.A. shall be substituted in place of Hilary L. Barnes and The Cavanaugh Law Firm, effective the date of the filing of this Notice, and requests that all future pleadings, notices, and other papers filed in the above-captioned Chapter 7 proceeding be served as follows:

Jason J. Romero
OSBORN MALEDON, P.A.
2929 N. Central Avenue, Suite 2100
Phoenix, Arizona 85012
Telephone: 602-640-9000
Facsimile: 602-640-9050
Email: jromero@omlaw.com

RESPECTFULLY SUBMITTED this 26th day of July, 2012.

OSBORN MALEDON, P.A.

By    /s/Jason J. Romero
      Jason J. Romero
      2929 N Central Ave 21st Floor
      Phoenix, Arizona  85012-2793
      Attorneys for LOL Finance Co.

**COPY** of the foregoing emailed and/or
mailed on this 26th day of July, 2012, to:

Marvin Roberts and Sandra Roberts
2469 South Peacock Place
Chandler, AZ 85286

LaShawn D. Jenkins, Esq.
Jenkins Law Firm
4020 North 20th Street, Suite 100
Phoenix, AZ 85016
info@thejenkinslawfirm.com
Attorneys for Debtors

Anthony H. Mason
P.O. Box 4427
Phoenix, AZ 85030
ecfmason@earthlink.net; ahm@trustesolutions.com; am@trustesolutions.net
Chapter 7 Trustee

Office of the United States Trustee
230 North 1st Avenue, #204
Phoenix, AZ 85003
USTPRegion14.PX.ECF@USDOJ.GOV

/s/ Peggy L. Nieto